**LAW OFFICES OF LORNE M. REITER, LLC**
14 WALL STREET, 20TH FLOOR
NEW YORK, NY 10005

TEL. (212) 222-0955
FAX (212) 202-4784

LORNE M. REITER *

LAURA C. JOHNSON +
SHARON B. MORELAND #

* ADMITTED NEW YORK & NEW JERSEY
+ ADMITTED NEW JERSEY & COLORADO
# ADMITTED NEW YORK, NEW JERSEY & MASSACHUSETTS

NEW JERSEY OFFICE

124 FIRST AVENUE
ATLANTIC HIGHLANDS, NJ 07716
(732) 747-9555
(732) 626-6800 FAX

lreiter@lreiterlaw.com

January 6, 2025

District Judge Katherine Polk Failla
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *Jose Alberto Ramirez-Marte v. DFA, et. als*.
      Civil action number: 24-cv-9151-KPF

Dear Judge Failla:

Kindly accept this correspondence as the parties' joint request for adjournments of the pending Motion and initial pretrial conference with respect to the above-captioned matter.

The plaintiff's Motion to remand is currently returnable on January 14, 2025. Our office has requested that the plaintiff consent to a 2-week adjournment of the Motion, until January 28, 2025, to which the plaintiff's counsel consented to an adjournment, but suggested that the motion instead be made returnable February 4, 2025, and further, that the Initial Pre-Trial Conference (and all associated deadlines) currently set for January 22, 2025, be adjourned without a date until the aforementioned motion is decided.

Plaintiff's counsel's suggestion is based on two factors. First, his wife is currently nearly nine months pregnant with their fourth child, and she has had some complications resulting in repeated urgent doctor and hospital visits, and more are expected between now and her delivery date of January 23, 2025, and a premature delivery (with possible complications) could occur any day between now and then. Second, given the pending motion is seeking to have this matter remanded to state court, if said motion is granted, an Initial Pretrial Conference would be moot.

My office consents to and agrees with plaintiff's counsel's proposal.

Thank you for your consideration.

Respectfully submitted,

*s/Lorne M. Reiter*

LORNE M. REITER

LMR:lar
cc:   David Aminov, Esq.

Application GRANTED. The parties are not required to appear before the Court for oral argument on any of the above-proposed dates. If the Court determines that oral argument would be useful, it will promptly reach out to the parties, and will be mindful of the circumstances addressed by the parties in their January 6, 2025 letter.

The conference currently scheduled for January 22, 2025, is ADJOURNED *sine die*.

Defendant is directed to file any opposition on or before **February 4, 2025.** Plaintiff is directed to file any reply on or before **February 11, 2025.** If the parties instead stipulate that the case should be remanded, such stipulation shall be filed on or before **February 4, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated:    January 7, 2025          SO ORDERED.
          New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE